UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR M.,<br><br>        Petitioner,<br>  vs.<br><br>MARK VARELA, Director and Chief Probation Officer, County of Ventura, California,<br><br>        Respondent. | Case No. CV 11-1021 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: June 28, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE