UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAYLOR M., | ) | Case No. CV 11-1021 RGK (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MARK VARELA, Director and Chief Probation Officer, County of Ventura, California, | ) ) ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: June 28, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE